HORACE E. HURLBUT *et al.*

*v.*

THE CITY OF CHICAGO.*

*Opinion filed February 21, 1900—Rehearing denied April 6, 1900.*

This case is controlled by the decision in *Lusk* v. *City of Chicago,* 176 Ill. 207.

WRIT OF ERROR to the County Court of Cook county; the Hon. C. F. WHEAT, Judge, presiding.

WILLIAM F. CARROLL, and M. F. CURE, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and WILLIAM M. PINDELL, for defendant in error.

Per CURIAM: In these cases judgments were entered by the county court of Cook county confirming special assessments to pay for grading, paving and curbing with curb-stones certain streets in the city of Chicago. In each case the ordinance for the improvement is in all respects like the ordinance passed upon in *Lusk* v. *City of Chicago,* 176 Ill. 207. Upon the authority of that case the judgments are reversed and the causes remanded.

*Reversed and remanded.*

*With this case are determined Nos. 925, *Baldwin Estate* v. *City of Chicago;* 943, *Mason* v. *Same;* and 958, *Donahue* v. *Same.*